FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Ricardo W. Brizuela<br><br>    Defendant. | Case No.: CR 09-650-PSW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid submitted by △; nature of charges; no___

1 | _resources for bail_
2 |
3 |
4 | and/or
5 | B.  (✓) The defendant has not met his/her burden of establishing by
6 |     clear and convincing evidence that he/she is not likely to pose
7 |     a danger to the safety of any other person or the community if
8 |     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 |     on: _us evid by ∆_
10 |
11 |
12 |
13 |
14 |     IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated:  9/21/11
18 |
19 |                                    _/s/ Ralph Zarefsky_
20 |                                    RALPH ZAREFSKY
                                       UNITED STATES MAGISTRATE JUDGE